**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

-------------------------------------------------------x

MALKA LASRY,

             Plaintiff,

    v.

PENTAGON FEDERAL CREDIT UNION,

             Defendants,

-------------------------------------------------------x

Case No. 3:18-cv-09030

NOTICE OF VOLUNTARY

DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Malka Lasry and her counsel hereby gives notice that she voluntarily dismisses her claim against the Defendant Pentagon Federal Credit Union with prejudice, with each side to bear its own fees and costs.

Dated: July 9, 2018

Edward B. Geller, Esq., P.C. by

_____

Edward B. Geller, Esq.

15 Landing Way

Bronx, New York 10464

Tel: (914)473-6783

Attorney for Plaintiff