UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

---

MALKA LASRY,

          Plaintiff,

v.

PENTAGON FEDERAL CREDIT UNION,

          Defendants,

---

Case No. 3:18-cv-09030

NOTICE OF VOLUNTARY

DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Malka Lasry and her counsel hereby gives notice that she voluntarily dismisses her claim against the Defendant Pentagon Federal Credit Union with prejudice, with each side to bear its own fees and costs.

Dated: July 9, 2018

    Edward B. Geller, Esq., P.C. by

    _____

    Edward B. Geller, Esq.

    15 Landing Way

    Bronx, New York 10464

    Tel: (914)473-6783

    Attorney for Plaintiff

So Ordered this 11th day of July, 2018

_____
Hon. Michael Shipp, USDJ